IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN   DIVISION

United States of America,                    )
                        Plaintiff,          )
                                             )
            v.                               )       No.   4:11-cr-00160-FJG-1
                                             )
Nickolas Eugene Pinkston,                   )
                        Defendant.          )

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge

John T. Maughmer (Doc. #31 filed on May 31, 2012), to which no objection has been

filed, the plea of guilty to Count 1 of the Indictment which was filed on July 13, 2011, is

now accepted.   Defendant is adjudged guilty of such offense(s). Sentencing will be set

by subsequent order of the court.


                                         _/s/ Fernando J. Gaitan, Jr._____
                                            Fernando J. Gaitan, Jr.
                                            Chief United States District Judge


Dated:  June 21, 2012
Kansas City, Missouri